UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
|---|---|---|
| v. | : | Criminal No. 09-913 (JLL) |
| LORI SERRANO | : | **ORDER** |

This matter having been opened to the Court on the joint application of defendant Lori Serrano (the undersigned counsel, appearing) and Paul J. Fishman, United States Attorney for the District of New Jersey (Eric W. Moran, Assistant U.S. Attorney, appearing), for a complex case order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974, and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. Defendant needs sufficient time to review discovery, which includes numerous intercepted telephone calls and consensual recordings in which defendant and/or defendant's coconspirators participated, and to investigate the charges and file motions in this case.

3. The defendant has requested and consented to this continuance.

4. Pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), (B)(ii) and (B)(iv), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, on this 3rd day of ~~December, 2011~~ January, 2012, it is:

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); and it is further

ORDERED that this action be, and hereby is, continued from December 1, 2011 through and including May 21, 2012; and it is further

ORDERED that the period from December 1, 2011 through and including May 21, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

_____
HON. JOSE L. LINARES
United States District Judge

On Consent of the Parties:

_____
Eric W. Moran
Assistant U.S. Attorney

_____
Raymond L. Hamlin, Esq.
Counsel for defendant