UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| vs. | : | Crim. No. 09-913 |
| LORI SERRANO | : | <u>CONSENT ORDER</u> |

This matter having been opened to the Court on the consent of the parties, the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Eric W. Moran, Assistant United States Attorney, appearing), and defendant Lori Serrano (Terry Ridley, Esq. and Raymond L. Hamlin, Esq., appearing); and the defendant having filed a motion to dismiss the Second Superseding Indictment on March 19, 2012 [Docket Entry No. 30]; and the parties having conferred regarding the scheduling of further briefing on the motion to dismiss; and this Consent Order embodying the result of the agreement between the parties, and for good cause shown,

IT IS, therefore, on this 26 day of April, 2012,

ORDERED that the Government's opposition brief shall be filed not later than June 1, 2012; and

IT IS FURTHER ORDERED that the defendant's reply brief, if any, shall be filed not later than June 15, 2012; and

IT IS FURTHER ORDERED that a date for oral argument on the defendant's motion to dismiss the Second Superseding Indictment, if any, shall be set by the Court.

_____
HONORABLE JOSE L. LINARES
United States District Judge