NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal No.: 09-913 (JLL) 01 |
|---|---|
| Plaintiffs, | |
| v. | |
| LORI SERRANO, | ORDER |
| Defendants. | |

Please be advised that oral argument on all pending motions is scheduled for **Tuesday, July 17, 2012 at 10:30 a.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

José L. Linares,
United States District Judge

Dated: June 5, 2012