NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>LORI SERRANO,<br><br>Defendants. | Criminal No.: 09-913 (JLL) 01<br><br><br><br>ORDER |

Please be advised that oral argument on all pending motions is scheduled for **Thursday, July 26, 2012** at **10:00 a.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　Jose L. Linares,
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:　July 16, 2012