**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Action No.: 09-913 (JLL) |
| v. | |
| LORI SERRANO, | **ORDER** |
| Defendant. | |

Currently before the Court is Defendant's motion to dismiss the indictment for insufficient pleading and for selective prosecution. For the reasons stated on the record at the August 8, 2012 hearing and in this Court's corresponding Opinion,

It is on this 14th day of September, 2012,

**ORDERED** that Defendant's motion to dismiss the indictment for insufficient pleading (CM/ECF Nos. 29, 30) is DENIED; and it is further

**ORDERED** that Defendant's motion to dismiss the indictment for selective prosecution (CM/ECF Nos. 29, 30) is DENIED.

_/s/ Jose L. Linares_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE