UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| vs. | : | Crim. No. 09-913 |
| LORI SERRANO | : | CONSENT ORDER |

This matter having come before the Court by way of a status conference that took place on September 27, 2012, and the defendant, Lori Serrano (Terry Ridley, Esq. and Raymond L. Hamlin, Esq., appearing) having filed a Motion for a Bill of Particulars on September 25, 2012 [Docket Entry No. 42]; and the defendant further having made an application, with the consent of Paul J. Fishman, United States Attorney for the District of New Jersey (by Eric W. Moran, Assistant U.S. Attorney), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant has requested the aforementioned continuance, and the United States has consented; and

1

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___9th___ day of October, 2012,

ORDERED that the United States shall submit its response to the defendant's Motion for a Bill of Particulars no later than October 18, 2012; the defendant shall file its reply, if any, not later than October 28, 2012; and it is further

ORDERED that trial is set in this matter for March 18, 2013 at 9:30 a.m. before this Court in Courtroom 5D, 5th Floor of the Martin Luther King Jr., Federal Building, Newark New Jersey; and it is further

ORDERED that, not later than March 8, 2013, the following shall be submitted to the Court:

    a. Jointly agreed upon proposed *voir dire* questions;

    b. Jointly agreed upon neutral statement about the case, not to exceed one paragraph;

    c. Jointly agreed upon jury charges. If there are any charges on which the parties cannot reach agreement, those charges should be submitted separately in one document of disputed charges. For each disputed charge, both parties' versions should be listed together with supporting authorities. The agreed upon version of charges should be clearly marked as "Agreed Upon" and should not contain authorities; and

    d. A single numbered list of <u>all exhibits</u>, including a brief description and any objection to the exhibit.

These items should be submitted to chambers in hard copy and in electronic format on CD, saved in WordPerfect or an early version of Word. For trial, all exhibits should be pre-marked and must include exhibit stickers. Copies of all trial exhibits must be prepared for the Judge, the Court deputy, the Court reporter and opposing counsel; and it is further

ORDERED that the period from September 18, 2012 through and including March 18, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. JOSE L. LINARES
United States District Judge

10/04/2012 10:50 FAX                                                        @ 008/008

Form and entry
consented to:

_____
ERIC W. MORAN
Assistant U.S. Attorney

_____
TERRY RIDLEY, ESQ.
Counsel for defendant Lori Serrano

4